

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CODY JOSEPH MORGAN, | § | No. 08-22-00013-CR |
| Appellant, | § | Appeal from the |
| v. | § | 19th Judicial District Court |
| THE STATE OF TEXAS, | § | of McLennan County, Texas |
| Appellee. | § | (TC# 2011-1673-C1) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF AUGUST, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.